UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RELIANCE INSURANCE COMPANY<br>IN LIQUIDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN CHITWOOD, et al.,<br><br>    Defendants. | Case No. 1:03CV85 CDP |

## ORDER AND MEMORANDUM

This matter is before me on remand from the Court of Appeals. The Court remanded for entry of a judgment for the appropriate amount of prejudgment interest. Defendant filed a motion indicating that the appropriate amount of prejudgment interest is $6,787.58. Reliance has not responded to the motion and its time for doing so has expired. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Continental Western Insurance Company's Motion for Order on Prejudgment Interest [#54] is granted, and prejudgment interest in the amount of $6,787.58 shall be awarded to plaintiff. A separate judgment in that amount is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2006.